CAUSE NO. 00-08-00096 CRK-A
CAUSE NO. 05-06-00046 CRK-A    4-8-15
81,033-01,02

Dear Clerk,

Now comes Stephanie Gonzales # TDCJ-1458764 Applicant pro-se and would like to request that the following motions, Motion for Habeas Corpus Ad Testificandum, Motion to enforce Discovery, & Motion for Evidentiary Hearing, be presented to the Court of Criminal Appeals of Texas for their decision. Please file these motions for the record. Also a letter for the Judge of said court.

However, you can contact me at the address below & can you please notify me of the courts decision.

MOTION DISMISSED
DATE: 4-14-15
BY: P.C.

MOTION DENIED
DATE:
BY:

Respectfully Submitted,
Stephanie Gonzales
# 1458764 T.D.C.J.
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville TX 76596

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

To The Honorable Judge;
Of The Court Of Criminal Appeals Of Texas,

Now Comes Stephanie Gonzales TDCJ # 1458764 at the Lane Murray Unit in Coatesville. Tx 76596. and would like to inform you that on March 23, 2015 I received a notice from the 81st District Clerk of Karnes County. Tx that the Honorable Judge Rayes reviewed these motions in question and advised that she would revisit such motions if instructed to do so by this court witch currently retains jurisdiction in this matter. However, I would also like to inform you that this court of criminal appeals had already made its ruling BEFORE the trial court received these motions and facts. Applicant respectfully request that this court will grant her these motions in this appeal. And contact her at the address below. Thank You!

Executed on this 8th Day of April 2015.

Respectfully Submitted
Stephanie Gonzales
# 1458764
Lane Murray Unit
1916 N. Hwy 36 Bypass
Coatesville, TX 76596

The State OF TEXAS          §          IN THE COURT
        VS.                 §          OF CRIMINAL APPEALS
                            §          OF TEXAS
Stephanie Gonzales         §
Applicant - Pro Se         §

CAUSE NO.S - 05-06- 00046 CRK
          00-08- 000 96 CRK

## Motion For Habeas Corpus Ad Testificandum

Now Comes Stephanie Gonzales TDCJ# 1458764 Applicant PRO-SE AND RESPECTFULY MOVES THIS COURT AND MOTIONS THE Court of Criminal Appeals of Texas TO PLEASE GRANT THIS MOTION AND BRING APPLICANT TO THE TRIAL COURT OF THE 81st DISTRICT OF KARNES COUNTY. TX SO THAT APPLICANT MAY TESTIFY AND PRESENT FACTUAL EVIDENCE IN BOTH CAUSE NUMBERS STATED ABOVE. Applicant WOULD LIKE AN IN-CAMERA-REVIEW DUE TO THE FACTS STATED HEREIN. Applicant PRAYS THAT THIS COURT WILL GRANT THIS REQUEST AND ORDER THE KARNES COUNTY SHERIFF DEPARTMENT TO BRING APPLICANTS BODY TO THE 81st DISTRICT COURT.

EXECUTED ON THIS 11th Day of Feb 2015

Respectfuly Submitted,
Stephanie Gonzales
# 1458764
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville, TX 76596